

# United States District Court
# Eastern District of California

| Garcia-Ayala | | Case Number: | 2:25-cv-02070-DJC-JDP |

Plaintiff(s)

V.

Andrews, et al                                 APPLICATION FOR PRO HAC VICE
                                               AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Robert Pauw** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff

On **10/08/1997** (date), I was admitted to practice and presently in good standing in the **Eastern District of Washington** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **07/30/2025**        Signature of Applicant: /s/ **Robert Pauw**

---

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Robert Pauw |
| Law Firm Name: | Center for Gender and Refugee Studies |
| Address: | c/o Gibbs Houston Pauw |
| | 1000 Second Avenue, Suite 1600 |
| City: | Seattle    State: WA    Zip: 98104 |
| Phone Number w/Area Code: | (206) 682-1080 |
| City and State of Residence: | La Conner, WA |
| Primary E-mail Address: | rpauw@ghp-law.net |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Peter Habib |
| Law Firm Name: | Center for Gender and Refugee Studies |
| Address: | 200 McAllister St |
| | |
| City: | San Francisco    State: CA    Zip: 94102 |
| Phone Number w/Area Code: | (415) 581-8841    Bar # 359646 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 30, 2025

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE